# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARI DANIELS, AN INDIVIDUAL,

Appellant,

vs.

DANIEL KLIBANOFF, AN INDIVIDUAL,

Respondent.

No. 70448

**FILED**

DEC 1 6 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order in a breach of contract action. Eighth Judicial District Court, Clark County; Richard Scotti, Judge. We previously entered an order granting counsel for appellant's motion to withdraw and directing appellant, by November 21, 2016, to retain new counsel and cause new counsel to file a notice of appearance, or inform this court in writing that he did not intend to retain new counsel. We cautioned that failure to comply with our order could result in the dismissal of the appeal as abandoned. To date, no counsel has filed a notice of appearance on appellant's behalf, and appellant has failed to communicate with this court. Accordingly, we conclude that this appeal is abandoned, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

16-39230

cc: Hon. Richard Scotti, District Judge
Robert F. Saint-Aubin, Settlement Judge
Ari Daniels
Cutter Law Firm, Chtd.
Eighth District Court Clerk

(O) 1947A